# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **DOCKET NO. 22-253 (CCC)** |
| | : |
| **v.** | :    **SENTENCING SUBMISSION** |
| | :    **NOTICE OF DEFENDANT** |
| | : |
| **SAMUEL MANCINI** | : |

_____

      Kindly be advised that, on April 17, 2023, defense counsel for Mr. Samuel Mancini submitted sentencing materials to the Court.

Date:  April 18, 2023

Respectfully submitted,

Timothy C. Donahue
Assistant Federal Public Defender