## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **DOCKET NO. 22-253 (CCC)** |
| | : | |
| **v.** | : | **SENTENCING SUBMISSION** |
| | : | **NOTICE OF DEFENDANT** |
| | : | |
| **SAMUEL MANCINI** | : | |

_____

 

Kindly be advised that, on September 20, 2023, defense counsel for Mr. Samuel Mancini submitted supplemental sentencing materials to the Court.

 

Date: Sep, 2023                           Respectfully Submitted,

Timothy C. Donahue
Assistant Federal Public Defender