14 February 2024

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **United States v. Samuel J. Mancini (22-cr-253)**
               **Pro Se Filing for Status Meeting**

Dear Judge Cecchi:

      I understand that there was a status meeting in December to discuss the outstanding issue regarding the veracity or not of a certain outstanding investment allegation as well as next steps in the case. To my knowledge, the AUSA has had ample time to produce proof as requested by you. Additionally, based on my request, my attorney coordinated a proposed sentencing date with the AUSA. Based on my strong insistence, Mr. Donahue sent a letter to the court requesting said sentencing hearing date.

      As of today, February 14th, to my knowledge nothing has been subsequently filed by the AUSA and a date as not been sent. Therefore, I humbly request the court set a case Status Call between myself, your honor, my attorney, and the AUSA. This will hopefully result in adequately updating the court and myself on any outstanding issues and needs in order to set a hearing date on my behalf. And most significantly, to set a hearing date on that call in late March for sentencing.

      I very well understand that this filing by me is out of the norm of typical procedures, however, as you can imagine and know from the letter filed by my attorney on my behalf, it is very important to me to stand up, own my actions and moreover to move things along. I do not believe any party to the case benefits by the ongoing uncertainty and delay.

      I want to also state, I am well aware that Mr. Donahue's case load is unreasonable as are most caseloads of federal public defenders and AUSA's today. While there may be an opportunity for this approach to be misconstrued, please do not interpret it in any way other than my trying to take responsibility to move things along albeit to the chagrin of others.

Respectfully submitted,

Samuel Mancini

By: Defendant, United States v. Samuel Mancini

cc: Timothy Donahue, Esq., Counsel to Defendant (via email), Philip R. Sellinger, A.U.S.A, J. Graham & L. Repole, A.U.S.A. (via e-mail) Daniel Carney, U.S. Probation Officer (via e-mail)