# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL J. MANCINI,<br><br>Defendant. | Criminal No. 22-253 (CCC)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this 21st day of February, 2024, the United States submitted supplemental sentencing materials to the Court in this case concerning the defendant Samuel J. Mancini.

                                                        PHILIP R. SELLINGER
                                                        United States Attorney

By: _____
                                            Lauren E. Repole
                                            James H. Graham
                                            Assistant U.S. Attorneys