UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 22-cr-253 (CCC) |
| v. | ORDER PERMITTING DEPOSIT OF FUNDS BEFORE SENTENCING |
| SAMUEL MANCINI | |
| Defendant | |

This matter comes before the Court on the application of defendant, Samuel Mancini, through counsel Timothy Donahue. Upon due consideration, for good cause shown,

**IT IS**, on this ___ of March 2024,

**ORDERED THAT** the Clerk of the United States District Court for the District of New Jersey is hereby authorized to deposit monies from or on behalf of the Defendant, Samuel Mancini, in the Court's registry, pending further order in this case.

HON. Claire C. Cecchi
U.S.D.J.