UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date:  March 19, 2024

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA VILLANTI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 22-CR-253 (CCC)

Title of Case: U.S.A. v. SAMUEL MANCINI

Appearances:   Lauren Repole, AUSA, for the Government
Timothy Donahue & Carol Dominguez, Esqs. for Defendant
Maria Garcia, Probation

**Nature of Proceedings:**  Sentencing

Conference held.
Sentence: 71 months as to Count 1
Supervised Release: 3 years
Special Conditions:
1. Financial Disclosure
2. New Debt Restrictions
3. Mental Health Treatment
4. Occupational Restrictions
5. Self-Employment/Business Disclosure
Restitution: $10,515,000
Special Assessment: $100 (due immediately)
Defendant advised of right to appeal.

Time Commenced:   11:30 a.m.              Time Adjourned:   4:30
 p.m.

_Jacquie Lambiase_
Jacquie Lambiase, Deputy Clerk