SAMUEL J. MANCINI
306 HUMBOLDT ST.
DENVER, CO 80218

Defendant In Pro Per

303-884-9007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:22-CR-00253-CCC-1 |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION OF |
| vs. | ) | DEFENDANT SAMUEL J. MANCINI |
| | ) | FOR AN ORDER EXTENDING |
| SAMUEL J. MANCINI, | ) | FEDERAL PRISON REPORTING |
| | ) | DATE; MEMORANDUM OF POINTS |
| Defendant | ) | AND AUTHORITIES |
| | ) | |
| | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

On March 21, 2024, this Court sentenced Defendant Samuel J. Mancini to:

   a) serve a term of 71 months of Federal Custody with a surrender date of April 2, 2022; and

   b) upon release from custody serve a period of 36 months of supervised release under the supervision of the U.S. Probation Office.

EX PARTE APPLICATION OF DEFENDANT SAMUEL J MANCINI FOR AN ORDER EXTENDING FEDERAL PRISON REPORTING DATE; MEMORANDUM OF POINTS AND AUTHORITIES - 1

On March 28, 2024, this Honorable Court granted a delay of execution of sentence for good cause until April 23, 2024.

Defendant hereby requests that the Court grant him an additional and final 30-day extension of his prison surrender date from April 23, 2024 until May 23, 2024, based on the following:

At the time of sentencing, the Court made a Judicial Recommendation that it was the Court's intent that Defendant be assigned to serve his custody sentence at the Federal Prison facility is located in Yankton, South Dakota, which is approximately 550 road miles from the Defendant's Denver home and approximately an 8 to 9 hour drive by car.

On April 8 , 2024, the Defendant received orders from the U.S. Marshal Service informing him that he is to report to FCI Texarkara, Texas which is 950 miles and approximately a 15 drive from his home in Denver, Colorado

Pursuant to Bureau of Prisons Program Statement 5100.08, the BOP attempts to designate inmates to facilities near their Home of Record commensurate with their security and program needs so that they can maintain family ties for release and community reintegration.

The Defendant maintains a daily close personal relationship with his 15 year old daughter who suffers from anxiety and respiratory issues and his 12 year old son who suffer from asthma and metamorphopsia.

The driving distance and time on the road with the Defendant's children to the BOP's current designation location of FCI Texarkana, Texas, creates a significant hardship for the Defendant's family with respect to Defendant's ability to maintain the family ties and community reintegration that the BOP strives to accomplish.

## II. CONCLUSION

Based on the foregoing, Defendant prays that the Court grant him a 30-day extension to give the Bureau of Prisons designation center (DSCC) an opportunity to reconsider the defendant's re-designation from FCI Texarkana, Texas to FCI Yankton, South Dakota to comply with the custody intent made by this court and the BOP's own policies.

.

DATED: April 11, 2024                    Respectfully submitted,

                                         _____
                                         Samuel J Mancini
                                         Defendant In Pro Per

EX PARTE APPLICATION OF DEFENDANT SAMUEL J> MANCINI FOR AN ORDER EXTENDING
   FEDERAL PRISON REPORTING DATE; MEMORANDUM OF POINTS AND AUTHORITIES - 3