SAMUEL J. MANCINI
306 HUMBOLDT ST.
DENVER, CO 80218

Defendant In Pro Per
303-884-9007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:22-CR-00253-CCC-1 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | PROOF OF SERVICE BY MAIL |
| | ) | |
| SAMUEL J. MANCINI, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extending Prison Reporting Date has been furnished by the U.S. Mail to the Office of the United States Attorney located at, 970 Broad Street. Newark, New Jersey 07102 on this 15th ~15 sor

\day of April, 2024.



DATE: _____    _____
                          Samuel J. Mancini
                          Defendant In Pro Per