UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL J. MANCINI | HON. CLAIRE. C. CECCHI<br><br>DOCKET. NO. 22-cr-253 (CCC)<br><br>ORDER TO EXTEND SELF-SURRENDER TO B.O.P. |

This matter having come before the Court on the application of the defendant, Samuel J. Mancini, through his counsel, Timothy Donahue, Assistant Federal Public Defender, for an Order to Extend Self-Surrender to the Bureau of Prisons, and for good cause shown,

IT IS ON THIS 19th day of April, 2024, ORDERED as follows:

1. Samuel J. Mancini's self-surrender date to the Bureau of Prisons of April 23, 2024, is to be extended until the 30th day of April 2024.

IT IS FURTHER ORDERED,

2. All other conditions of Pretrial Release as previously imposed shall remain in effect.

_____
CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE